LEANDER JAY S. TURNEY, Plaintiff in Error, *v.* CORNELIUS L. ORGAN, Defendant in Error.

### ERROR TO WAYNE.

Leave to amend a sheriff's return will be granted, as a matter of course.

THIS cause was heard before MARSHALL, Judge, at September term, 1853, of the Wayne Circuit Court.

R. F. WINGATE, for Plaintiff in Error.

E. BEECHER, for Defendant in Error.

TREAT, C. J.   Organ brought an action of assumpsit against Leander Jay S. Turney, and declared upon a promissory note. The sheriff made this return upon the summons: "Served the within by reading to Jay S. Turney." At the return term, a judgment by default was entered for the amount of the note. The defendant then appeared and moved in arrest of judgment; and the plaintiff entered a cross motion, that the sheriff have leave to amend his return.   The court sustained the latter motion; and the sheriff so amended his return as to show service of the writ on the defendant.   The motion in arrest of judgment was then overruled.

No error was committed in allowing the sheriff to amend his return.   The leave to amend was a matter of course.   The defect in the original return was supplied by the amendment; and the court properly refused to arrest the judgment.   The record now shows that the defendant was regularly before the court.

The judgment must be affirmed.

*Judgment affirmed.*